UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL PYLE,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY INSURANCE CORPORATION,<br><br>    Defendant. | Civil No. 13-4050<br><br>**DEFENDANT'S MOTION TO AMEND ANSWER** |

COMES NOW Defendant, pursuant to FED.R.CIV.P. 15(a)(2), and moves for an order allowing Defendant to amend its Answer.

Pursuant to D.S.D. Civ. LR 15.1, a copy of the proposed First Amended Answer is attached to this Motion as Exhibit 1, compared against Defendant's initial Answer [Dkt. No. 9], with the proposed changes designated by underscore and overstrike. This Motion is further supported by a Brief in Support of Defendant's Motion to Amend Answer, as required by D.S.D. Civ. LR 7.1.B. Under this Court's Scheduling Order [Dkt. No. 15], the deadline for amending pleadings is October 30, 2013.

Respectfully submitted this 30th day of October, 2013.

        LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

        By: */s/ Jon C. Sogn*
            Jon C. Sogn
            PO Box 2700
            Sioux Falls, SD  57101-2700
            605-332-5999
            jsogn@lynnjackson.com
            *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on the 30th day of October, 2013, a true and correct copy of the foregoing pleading was filed electronically by using the CM/ECF system which upon information and belief will send a notice of electronic filing to:

    Mr. Lee C. "Kit" McCahren
    Olinger, Lovald, McCahren & Reimers, PC
    Kmccahren@aol.com

        */s/ Jon C. Sogn*
        Jon C. Sogn