UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL PYLE, | ) | Civil No. 13-4050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT MOTION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| LIBERTY INSURANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the above named parties, by their counsel, and jointly request pursuant to Federal Rule of Civil Procedure 41 that the Court dismiss all claims in this matter, with prejudice and with the parties bearing their own costs, on the basis that the parties have resolved the matter.

Dated this 3rd day of July, 2014.

| | |
|---|---|
| OLINGER, LOVALD, MCCAHREN & REIMERS, P.C. | LYNN, JACKSON, SHULTZ & LEBRUN, P.C. |
| By: _____ | By: _____ |
| LEE C. "KIT" MCCAHREN | JON SOGN |
| 117 East Capitol, PO Box 66 | PO Box 2700 |
| Pierre, South Dakota 57501-0066 | Sioux Falls, SD 57101-2700 |
| (605) 224-8851 | 605-332-5999 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |