UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL PYLE, | ) | CIV. 13-4050-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Joint Motion for Dismissal With Prejudice, it is

ORDERED, ADJUDGED, AND DECREED that all claims in this matter are dismissed, with prejudice, and with the parties bearing their own costs.

Dated July 22, 2014.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE